UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KEITH RUSSELL JUDD                                                                    PLAINTIFF

v.                                                            CIVIL ACTION NO. 3:11-CV-P346-H

SECRETARY OF STATE OF KENTUCKY *et al.*                               DEFENDANTS

### MEMORANDUM AND ORDER

In June 2011, Plaintiff, Keith Russell Judd, initiated this action alleging that the Secretary of the State of Kentucky and the Commonwealth of Kentucky had violated his rights by refusing to place his name on the 2012 presidential primary election ballot. Because Plaintiff is incarcerated and is barred from proceeding without paying the fees pursuant to 28 U.S.C. § 1915(g), the Court denied his application to proceed without prepayment of fees. Although Plaintiff filed various other documents including a motion to reopen the case and a notice of appeal, he did not pay the fee despite being given ample opportunity to do so. Consequently, on February 3, 2012, the Court dismissed this action, advising Plaintiff in so doing that he remained obligated to pay the filing fee. The fee remains unpaid.

Plaintiff has now filed a motion for relief from judgment under the 24th Amendment (DN 22). He does not address his failure to pay the filing fee or comply with the Orders of this Court. He simply discusses the Democratic primary and posits his theory that President Obama is not a citizen of the United States. As such, Plaintiff offers no reason that he should be entitled to relief from the prior judgment of this Court. His motion (DN 22) is **DENIED**.

Date:

cc:     Plaintiff, pro se
4412.009